UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GE'MICAH VOLTER-JONES, *Plaintiff* | § § § | |
| v. | § § | No. 1:22-CV-00511-RP |
| CITY OF AUSTIN, EDWARD BOUDREAU, POLICE OFFICER; AND DERRICK LEHMAN, POLICE OFFICER; *Defendants* | § § § § § § | |

# ORDER

Before the Court is Defendant Officers Edward Boudreau's and Derrick Lehman's Motion to Stay Discovery, Dkt. 17. Officer Boudreau and Officer Lehman, both police officers with the Austin Police Department, seek to stay discovery pending the resolution of the criminal proceedings they both face in connection with their conduct during a May 2020 protest, the same conduct that forms the basis for Volter-Jones's civil lawsuit against them. *Id.* The motion, when filed, indicated that Plaintiff Ge'Micah Volter-Jones opposed the requested stay. *Id.*, at 13. Volter-Jones, however, has since withdrawn his opposition. Dkt. 18.

Accordingly, the Court **GRANTS** Officer Boudreau's and Officer Lehman's motion, Dkt. 17, as unopposed and **ORDERS** that all discovery as to these two defendants be stayed until the resolution of the criminal proceedings now pending against them.

1

The Court **FURTHER ORDERS** Officer Boudreau and Officer Lehman to file a status report every three months, beginning July 1, 2023, notifying the Court of the status of their criminal cases. Officer Boudreau and Officer Lehman should also notify the Court as soon as practicable upon the final resolution of their criminal cases.

The Court **FURTHER ORDERS** that this cause of action be removed from the docket of the undersigned and **RETURNED** to the docket of the Honorable Robert Pitman.

SIGNED April 10, 2023.

                                        DUSTIN M. HOWELL
                                      UNITED STATES MAGISTRATE JUDGE